753 A.2d 1137

IN THE MATTER OF MARK D. CUBBERLEY, AN ATTORNEY AT LAW.

June 30, 2000.

**ORDER**

The Disciplinary Review Board having filed with the Court its decision in DRB 98–306 concluding that **MARK D. CUBBERLEY** of **TRENTON**, who was admitted to the bar of this State in 1984, should be disciplined for violating *RPC* 1.1(b) (pattern of neglect), *RPC* 1.3 (lack of diligence), and *RPC* 1.4(a) (failure to communicate), and good cause appearing;

It is ORDERED that **MARK D. CUBBERLEY** is hereby reprimanded; and it is further

ORDERED that **MARK D. CUBBERLEY** enroll in the next offering of the legal education course of the Ethics Diversionary Program offered by the New Jersey State Bar Association; and it is further

ORDERED that **MARK D. CUBBERLEY** practice law under the supervision of a practicing attorney approved by the Office of Attorney Ethics for a period of one year and until the further Order of the Court; and it is further

ORDERED that the entire record of this matter be made a permanent part of respondent's file as an attorney at law of this State; and it is further

ORDERED that respondent reimburse the Disciplinary Oversight Committee for appropriate administrative costs incurred in the prosecution of this matter.